IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA



Tucson

Jason Adam Jensen,

Plaintiff, Pro Se

v.

Pam Bondi, in her official capacities;

Defendant.

Case No. _____ CV-25-00238-TUC-BGM

# COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF –

# FAILURE TO ENFORCE ADA AND CONSTITUTIONAL

# VIOLATIONS

Plaintiff Jason Adam Jensen, appearing pro se, brings this complaint against Pam

Bondi, the United States Attorney General, alleging abandonment of federal

enforcement obligations under the Americans with Disabilities Act (ADA), leading

to systemic violations of the rights of persons with disabilities in state-

administered legal processes- essentially abandonment of the ADA or worse

systematic discrimination against roughly more than half of disabled persons

## I. JURISDICTION AND VENUE

1. Jurisdiction is conferred by 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights), and 42 U.S.C. § 12133 (ADA enforcement).

2. Venue is appropriate in the District of Arizona under 28 U.S.C. § 1391(b) due to the federal implications and the national failure to enforce disability protections in judicial systems.

## II. PARTIES

3. Plaintiff is a resident of Tucson, Arizona, with autism and other cognitive disabilities, whose efforts to secure ADA accommodations have been obstructed by state actors.

4. Defendant Pam Bondi served as Attorney General of Florida and, during her tenure, failed to enforce disability rights protections in accordance with the ADA and federal supremacy doctrine.

## III. FACTUAL BACKGROUND

5. The ADA, enacted pursuant to the Commerce Clause, obligates public entities to

ensure equal access and to avoid discrimination on the basis of disability.

6. The Supreme Court in Gonzales v. Raich, 545 U.S. 1 (2005), clarified that regulatory schemes invoked under the Commerce Clause must be enforceable and implemented to justify federal preemption.

7. During her tenure, Defendant Bondi failed to implement, enforce, or advocate for a comprehensive regulatory framework (CFRs) addressing the treatment of mentally ill or disabled persons in state judicial systems.

8. No substantive ADA-compliant enforcement mechanism or procedural standards were enacted to protect disabled persons during legal proceedings or mental health evaluations.

9. Plaintiff and similarly situated individuals faced systemic exclusion, discrimination, and procedural bias due to this abdication of federal and state responsibility.

10. Defendant's abandonment of ADA enforcement constitutes a breach of duty and contributes directly to unlawful segregation and coercion of disabled persons under state authority.


IV. CLAIMS FOR RELIEF


Count I: Failure to Enforce Federal Law – Violation of 42 U.S.C. § 12132

11. Defendant failed to administer or ensure ADA protections in public judicial functions, in violation of federal mandates.

Count II: Commerce Clause Violation (as interpreted in Gonzales v. Raich)

12. Defendant relied on the ADA for federal power but failed to establish or enforce any corresponding enforcement mechanism, rendering 42 USC 12101 et seq unconstitutional under Commerce Clause authority.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

1. Declare that 42 USC 12101 et seq as unconstitutional;

2. Grant such other and further relief as the Court deems just and proper.

DATED this 22nd day of May, 2025.

//s//JasonAdamJensen

Jason Adam Jensen

Pro Se Plaintiff

4449 EAST 13TH ST
TUCSON, AZ 85711
jason.ejensen@gmail.com
492-598-1285